IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


**TECHNICAL SALES, INC.,**

        Plaintiff,

vs.                                                                  Civ. No. 05-556 ACT/DJS

**DRESSER, INC.,**

        Defendant,

and

**DRESSER, INC.**,

        Counter-Plaintiff and
        Third-party Plaintiff,

v.

**TECHNICAL SALES, INC.,**

        Counter-Defendant,

and

**JOHN GREANEY,**

        Third-Party Defendant.


**MEMORANDUM OPINION AND ORDER**

**THIS MATTER** comes before the Court on Plaintiff's Objection to Order of Magistrate Judge (Doc. No 130) [Doc. 136] and Third-Party Defendant's Objection to Order of Magistrate Judge (Doc. No. 134) [Doc. 137]. As the Court has dismissed Technical Sales, Inc.'s ("TSI") claims

against Dresser, Inc. ("Dresser") [Doc. 201], TSI's objection is moot. Third-Party Defendant, John Greaney ("Greaney") also objected. Dresser filed a Counterclaim against TSI and a Third-Party Complaint against Greaney alleging that Greaney is jointly and severally liable for TSI's debt to Dresser asserted in the Counterclaim [Doc. 39]. The discovery at issue in the underlying Memorandum Opinion and Order [Doc. 134] pertains solely to TSI's claims against Dresser and not Dresser's counterclaim against TSI. Thus Greaney objection has no merit.

**IT IS THEREFORE ORDERED** that Plaintiff's Objection to Order of Magistrate Judge (Doc. No. 130) [Doc. 136] and Third-Party Defendant's Objection to Order of Magistrate Judge (Doc. No. 134) [Doc. 137] are denied.

_____
**ALAN C. TORGERSON**
**UNITED STATES MAGISTRATE JUDGE**,
**PRESIDING**